FILED 18 SEP '26 10:21 USDC-ORP



# UNITED STATES DISTRICT COURT

for the

District of OREGON

PORTLAND Division

ROBERT LEE ERSKINE #17467640
O.S.P. 2605 STATE ST SALEM, OREGON
97310 - ADDITIONAL PLAINTIFFS - SEE ATTACHED

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

DIRECTOR ALCOHOL LABELING & FORMULATION DIVISION; ANGELA JEFFRIES OR CURRENT; ALCOHOL AND TOBACCO TAX AND TRADE BERVE, ET.AL,,,

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 6:26-cv-1949 SI
*(to be filled in by the Clerk's Office)*

BIVENS COMPLAINT
CLASS ACTION

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

BIVENS COMPLAINT : CLASS ACTION

PLAINTIFF #2) JOSUE BENCOMO #23584972 : O.S.P. 2605 STATE ST SALEM, OREGON 97310

NUMEROUS MORE PLAINTIFFS TO COME : ET. AL, ...

PLAINTIFF #3) DAVID FLOWERS #18051423 : O.S.P. 2605 STATE ST SALEM, OREGON 97310

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ROBERT LEE ERSKINE

All other names by which you have been known: ROBERT LEE FIELDS

ID Number: # 17467640

Current Institution: OREGON STATE PENITENTIARY

Address: 2605 STATE ST

SALEM (City) OR (State) 97310 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: ANGELA JEFFRIES

Job or Title *(if known)*: DIRECTOR, ALCOHOL LABELING FORMULATION DIVISION

Shield Number: ?

Employer: ALCOHOL AND TOBACCO TAX AND TRADE BEREAU

Address: 1310 G STREET N.W. BOX 12

WASHINGTON (City) D.C. (State) 20005 (Zip Code)

☒ Individual capacity ☐ Official capacity

WHILE ACTING UNDER COLOR FEDERAL LAW

Defendant No. 2

Name: ALCOHOL AND TOBACCO TAX AND TRADE BEREAU, ET.AL.

Job or Title *(if known)*: SAME AS ABOVE

Shield Number: ?

Employer: SAME

Address: 1310 G STREET N.W. BOX 12

WASHINGTON (City) D.C. (State) 20005 (Zip Code)

☐ Individual capacity ☒ Official capacity

WHILE ACTING UNDER COLOR FEDERAL LAW

Defendant No. 3

Name ________________

Job or Title *(if known)* ________________

Shield Number ________________

Employer ________________

Address ________________

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ________________

Job or Title *(if known)* ________________

Shield Number ________________

Employer ________________

Address ________________

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

________________

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 21ST AMENDMENT RIGHTT - AND I BELIEVE RIGHT TO BE INFORMED ABOUT HEALTH HAZARDS OF CONSUMING ALCOHOL FALLS UNDER THE RESPONSIBILITY OF CONGRESS TO REGULATE COMMERCE A.K.A. "THE COMMERCE CLAUSE" ARTICLE I SECTION 8 LABELING AND ADVERTISING OF ALCOHOL PRODUCTS IS REGULATED BY THE FEDERAL ALCOHOL ADMINISTRATION ACT (USCA, TITLE 27 (INTOXICATING LIQUORS) CHAPTER 8) ALCOHOLIC BEVERAGE LABELING ACT OF 1988 STILL APPLIES (27 U.S.C.A. § 213)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. THE DEFENDANTS ACTED W/ CORRUPT AND WANTON INFLICTION OF INHUMANE PAIN AND SUFFERING EFFECTING MILLIONS OF HUMAN BEINGS W/ MALICIOUS AND SADESTIC INTENT FOR GENERATIONS ONLY CARING ABOUT THE PROFITS AND NOT PUTTING WARNING LABELS ON ALL ALCOHOL PRODUCTS, WHILE ACTING UNDER COLOR OF FEDERAL LAW.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

WHILE AT O.S.P. ON 11-02-25 IS WHEN I FOUND OUT I HAD A POSSIBLE CLAIM

C. What date and approximate time did the events giving rise to your claim(s) occur?

11-02-25 2:30 PM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED COMPLAINT #1

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

FETAL ALCOHOL SYNDROME: BIRTH DEFECTS IN MY NECK BACK AND KNEES, MULTIPLE MENTAL AND PHYSICAL HEALTH PROBLEMS: SEVERELY MENTALLY ILL AND MASS INCARCERATION AND INSTITUTIONALIZATION;

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

MONETARY DAMAGES IN A AMMOUNT TO BE DETERMINED AT A FUTURE DATE

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

OREGON STATE PENITENTIARY

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
NOT A PRISON GRIEVABLE ISSUE OR COMPLAINT

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
PLEASE SEE ATTACHED COMPLAINT # 1 AND CERTIFICATE OF SERVICE W/ NO RESPONSE BY THE DEFENDANTS

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
NONE

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [ ] Yes
- [x] No PREVIOUS ACTIONS INVOLVED WRONG DEFENDANTS, WRONG CLAIMS AND WRONG LEGAL ACTIONS -, FAILED TO STATE VALID CLAIMS

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N/A

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________

   Defendant(s) ______________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________

3. Docket or index number

   ______________________

4. Name of Judge assigned to your case

   ______________________

5. Approximate date of filing lawsuit

   ______________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ______________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-03-26

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: ROBERT LEE ERSKINE
Prison Identification #: #17467640
Prison Address: 2605 STATE ST

SALEM (City) OR (State) 97310 (Zip Code)

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________
Printed Name of Attorney: ____________
Bar Number: ____________
Name of Law Firm: ____________
Address: ____________

City ____________ State ____________ Zip Code ____________

Telephone Number: ____________
E-mail Address: ____________

IN THE UNITED STATES DISTRICT COURT OF THE STATE OF OREGON, PORTLAND DIVISION



BIVENS CLAIM
COMPLAINT #1
CLASS ACTION

03-04-26

ROBERT LEE ERSKINE
#17467640
O.S.P.
2605 STATE ST
SALEM, OREGON
97310

LEGAL MAIL
NOTICE;/COMPLAINT

TO: ANGELA JEFFERIES, DIRECTOR OF ALCOHOL LABELING AND FORMULATION DIVISION/ALCOHOL AND TOBACCO TAX AND TRADE BEREAU;

NOTICE: ALCOHOL IS A EXTREMELY TOXIC, DEADLY AND ADDICTING DRUG; KNOWN TO KILL AND DESTROY EVERY ASPECT OF HUMAN LIFE DAILY, NATION-WIDE AN EPADEMIC ALSO ALCOHOL CAUSES PHEYTL ALCOHOL SYNDROME, BIRTH DEFECTS, MULTIPLE MENTAL AND PHYSICAL HEALTH PROBLEMS, TEEN DRINKING AND A HUGE CONTRIBUTION TO MASS INCARCERATION FOR ALCOHOL RELATED CRIMES; ALL OF WHICH I ALSO SUFFER FROM; IT IS INTENTIONAL NEGLIGENCE AND A GROSS VIOLATION OF PEOPLES, LIKE ME, CONSTITUTIONAL RIGHTS, BY NOT MANDATING AND ENFORCING WARNING LABELS ON ALL ALCOHOL PRODUCTS, JUST LIKE TOBACCO-IT IS YOUR AGENCY'S JOB AND DUTY TO PROTECT AND SERVICE, TO BENEFIT PEOPLE AND COMMUNITIES-NATION-WIDE; I WANT FULL FINANCIAL COMPENSATION AND OR REASONABLE ACCOMADATIONS, FROM YOUR AGENCY, FOR MY INHUMANE PAIN AND SUFFERING; YOU HAVE 30 DAYS

FROM THE DATE OF SERVICE OF THIS NOTICE, TO RESPOND AND COMPLY OR I WILL BE FORCED TO PERSUE CIVIL LITIGATION/CLASS ACTION, AGAINST YOUR AGENCY:- FURTHERMORE I WANT YOUR AGENCY TO ENFORCE WARNING LABELS ON ALL ALCOHOL PRODUCTS, SO AS TO STOP THE GROSS VIOLATIONS OF RIGHTS AND BETTER INFORM PEOPLE OF THE RISKS W/ THIS TOXIC DRUG:- I BELIEVE A CLASS ACTION OF THIS MAGNITUDE WOULD ROCK THE NATION AND THEREFORE, LOOK FORWARD TO RESOLVE THIS MATTER W/ YOUR AGENCY - OUT OF COURT:- THANK YOU GREATLY FOR YOUR TIME AND CONSIDERATION IN THIS MATTER!-

PAGE 3 ATTACHED:-

* CERTIFICATE OF SERVICE *:

I ROBERT LEE ERSKINE, HEREBY SWEAR UNDER PENALTY OF PERJURY, THAT ON THE 15TH DAY OF MARCH 2026, I SENT A TRUE AND CORRECT COPY OF ALL ATTACHED 3 PAGES TO THE FOLLOWING:

ANGELA JEFFERIES,
DIRECTOR ALCOHOL LABELING
AND FORMULATION DIVISION/
ALCOHOL AND TOBACCO TAX AND
TRADE BEREAU:
1310 G STREET NW BOX 12
WASHINGTON, D.C.
20005

| | | |
|---|---|---|
| 03-05-26 | ROBERT LEE ERSKINE | [signature] |
| DATE | PRINTED NAME | SIGNATURE |

CC: ET.AL,,,:

**CERTIFICATE OF SERVICE**

**CASE NAME:** ERSKINE v. ANGELA JEFFERIES

**CASE NUMBER:** (if known) NOT YET

COMES NOW, ROBERT LEE ERSKINE, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at O.S.P. 2605 STATE ST SALEM, OREGON 97310.

That on the 15th day of SEPTEMBER, 20 26, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

ALL DOCUMENTS, BIVENS CLAIM, ETC, HEREIN

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

UNITED STATES DISTRICT COURT
U.S. COURTHOUSE #740
CLERK U.S. DISTRICT COURT
1000 S.W. THIRD AVE
PORTLAND, OREGON
97204

(Signature)

Print Name ROBERT LEE ERSKINE
S.I.D. No.: 17467640
O.S.P. 2605 STATE ST
SALEM, OREGON
97310